FILED

11/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0210

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### DA 22-0210

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RYAN M. HILL,

     Defendant and Appellant.

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief and Declaration in Support by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from November 22, 2023, to December 15, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2023